UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD, | No. 2:21-cv-0333-EFB P |
| Plaintiff, | |
| v. | ORDER |
| F. ORR, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel. The complaint used to commence this action on February 22, 2021 is a copy of the first amended complaint plaintiff filed in *Muhammad v. Orr*, 2:19-cv-1289-KJM-CKD, ECF No. 13, on April 22, 2020. It is not clear why plaintiff submitted a copy of the amended complaint to the court, but its filing is redundant and should not be used to commence a new lawsuit.

Accordingly, IT IS ORDERED that the Clerk of the Court shall CLOSE this case.

DATED: March 5, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE